IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DAJUAN A. KEY,

    Plaintiff,

v.

MICHAEL MEISNER, TIM DOUMA,
JANEL NICKELS, TONY ASHWORTH,
TIMOTHY ZIEGLER, CAPTAIN HIGBEE,
CAPTAIN MORGAN, TRAVIS
BITTLEMAN, BRIAN NEUMAIER,
KAREN ANDERSON, DR. DALIA
SULIENE, MS. POSTLER, MELISSA RN,
JOE REDA, SGT. CICHONANOWICZ and
SGT. RAYMOND MILLONIG,

    Defendants.

JUDGMENT IN A CIVIL CASE

12-cv-422-wmc

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice for want of prosecution.

| /s/ | 9/25/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |